IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JIMMY LEON ALLEN,

    Plaintiff,

vs.                                      CASE NO. 5:08cv103/RS-MD

LT. DENNIS SPEIGHT,

    Defendant.
_____/

## ORDER

Before me is the Magistrate Judge's Order and Report and Recommendation (Doc. 9). Petitioner has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed pursuant to 28 U.S.C. §1915(e)(2)(B)(ii) because of failure to state a claim.

3. The clerk is directed to close the file.

**ORDERED** on July 30, 2008.

                                    /S/ Richard Smoak
                                    **RICHARD SMOAK**
                                    **UNITED STATES DISTRICT JUDGE**